**WRITTEN CONSENT**
**IN LIEU OF**
**SPECIAL MEETING**
**OF**
**THE MANAGERS**
**OF**
**LTD HOLDING, LLC**

As of December 12, 2025

Pursuant to the applicable provisions of the South Carolina Uniform Limited Liability Company Act, the managers (the "*Managers*") of LTD Holding, LLC, a South Carolina limited liability company (the "*Company*"), hereby adopt the following resolutions, which are to be filed with the Company's books and records:

**1.     Plea Agreement.**

**WHEREAS**, the United States of America has charged the Company with certain criminal violations (the "*Charges*"), which are being litigated before the District Court of the United States for the District of South Carolina (the "*Court*"); and

**WHEREAS**, the officers of the Company (the "*Authorized Persons*") have negotiated the terms of a plea agreement between the Company and the United States of America pleading guilty to certain of the Charges, substantially in the form attached hereto as Exhibit A (the "*Plea Agreement*"); and

**WHEREAS**, the Managers have reviewed the terms of the Plea Agreement and deem it advisable and in the best interests of the Company to enter into the Plea Agreement; and

**WHEREAS**, the Managers deem it advisable and in the best interests of the Company for Dr. Charles William Hinnant, Jr., General Counsel, to represent the Company at the hearing before the Court regarding the Plea Agreement (the "*Plea Hearing*").

**NOW, THEREFORE, BE IT RESOLVED**, that the Plea Agreement is hereby authorized, approved, ratified and declared advisable in all respects, and the Authorized Persons be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to execute, deliver and perform the Plea Agreement, in such form and with such changes therein as the Authorized Persons, or any of them, executing the same may approve, such approval to be conclusively evidenced by the execution thereof; and

**FURTHER RESOLVED**, that Dr. William Hinnant, Jr., General Counsel is hereby authorized, empowered and directed to represent the Company before the Court at the Plea Hearing.

2.     **General.**

**RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to do or cause to be done any and all acts and things and to make, execute, acknowledge or verify, deliver and record or file any and all such certificates, notices, statements, consents, instruments, documents or papers and to transfer such funds of the Company as they may deem necessary or desirable in order to consummate the transactions approved in, and effect all other things intended by, the foregoing resolutions, the necessity and desirability of each such certificate, notice, statement, consent, instrument, document or paper, payment of money or other act or thing to be conclusively evidenced by the execution and delivery thereof by any such Authorized Person or by their taking such action, and the Authorized Persons are hereby authorized and empowered, in the name and on behalf of the Company, to attest or join in the execution of any or all such certificates, notices, statements, consents, instruments, documents or papers which shall be so signed on the Company's behalf by any Authorized Person, to join in the acknowledgment or verification of such certificates, notices, statements, consents, instruments, documents or papers, to deliver or join in delivering the same and to execute and deliver any certificates or statements which may be appropriate in connection therewith, the execution and delivery of such documents and the taking of such actions to be conclusive evidence of such authority;

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to approve, execute and deliver any amendments to the aforementioned documents that may be necessary or desirable to effect the transactions, filings and other things contemplated thereby, such approval to be conclusively evidenced by execution and delivery thereof;

**FURTHER RESOLVED**, that the Authorized Persons are, and each of them hereby is, authorized and empowered, in the name and on behalf of the Company, to certify and furnish copies as may be necessary of the foregoing resolutions and statements as to the incumbency of the Authorized Persons, if requested, and any person receiving such a certified copy or statement is and shall be authorized to rely upon the contents thereof; and

**FURTHER RESOLVED**, that any and all actions taken on the Company's behalf in connection with any of the transactions described in the foregoing resolutions be, and they hereby are, ratified, confirmed and approved.

**[SIGNATURE PAGE FOLLOWS]**

IN WITNESS WHEREOF, the undersigned, being the managers, by their signature below, hereby consent to the adoption of the foregoing resolutions, effective as of the date first set forth above. This consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Joseph Labash

Dr. Charles William Hinnant, Jr.

**IN WITNESS WHEREOF**, the undersigned, being the managers, by their signature below, hereby consent to the adoption of the foregoing resolutions, effective as of the date first set forth above. This consent may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

_____
Joseph Labash

_____
Dr. Charles William Hinnant, Jr.

## Exhibit A

### Plea Agreement

See attached.